# EXHIBIT 2

**EXHIBIT 2**



| | |
|---|---|
| Global American Transport LLC | Order No.: 1026-420728 |
| Crain's Communication Building 28th flr | Order Date: 25-03-2024 |
| 150 North Michigan Ave. | Our Ref.: GDE |
| Chicago, 60601 | Page 1 of 2 |
| United States | |

# ORDER CONFIRMATION

With reference to correspondence, we are pleased to confirm the following order:

| | | | |
|---|---|---|---|
| Vessel Name: | CHINA SPIRIT | IMO No.: | 9655846 |
| Delivery Port: | Fujairah- FU, AE | | |
| Delivery Date | 28-03-2024 - 29-03-2024 | | |
| ETA Date: | 28-03-2024 | ETA Time: | 01:00 |

| Product | Quantity | Price | |
|---|---|---|---|
| VLSFO - max 0.50%<br>ISO 8217:2010(E) RMG 380 | 550 Mts. | USD | 687,00 / MTS |

| | |
|---|---|
| Payment Terms | 45 Days from date of delivery |
| For Account Of | CHINA SPIRIT and/or master and/or Xiang H38 International Ship and/or charterers and/or managers and/or operators and/or Global American Transport LLC |
| Seller: | A/S Dan-Bunkering Ltd. |
| Remarks | Physical Supplier: ABC<br>Supply by barge all going well weather permitting<br>First Come First Served<br>Barge Figures Final & Binding<br>Payment of USD 450K to be done before supply<br>Swift Copy to be send before supply<br>Payment of USD 300K to be done next week in order to reduce the exposure<br>DB GTC to apply |

**Contractual Terms:**
Our Standard Terms and Conditions of Sale, effective from 1st February 2024, are to apply. Copy available on request and on our homepage: www.dan-bunkering.com/about/terms.
We thank you for this nomination and kindly remind you that we can also offer all grades of lubricants worldwide.

**EXHIBIT 2**

A/S Dan-Bunkering Ltd.   P: +45 33455410   monaco@dan-bunkering.com
Fynsvej 9, DK-5500 Middelfart, Denmark   Fax No. +45 33455411   Registration No. 67226917
VAT/GST No.:DK-67226917

02021-1168



| | |
|---|---|
| Order No.: | 1026-420728 |
| Page | 2 of 2 |

Best Regards
**A/S Dan-Bunkering Ltd.**
George Delaportas
Direct line

A/S Dan-Bunkering Ltd.   P: +45 33455410   monaco@dan-bunkering.com
Fynsvej 9,  DK-5500 Middelfart, Denmark   Fax No. +45 33455411   Registration No. 67226917
VAT/GST No.:DK-67226917

02021-1168