# EXHIBIT 3

**EXHIBIT 3**



| | |
|---|---|
| CHINA SPIRIT and/or master and/or Xiang H38 International Ship and/or charterers and/or managers and/or operators and/or Global American Transport LLC Crain's Communication Building 28th flr 150 North Michigan Ave. Chicago, 60601 United States | Invoice No.: DK300929<br>Invoice Date: 16-04-2024<br>Customer No.: C1000048<br>Order No.: 1026-420728<br>Our ref.: GDE<br>Payment Terms: DOD +45<br>Our VAT No.: AE-100505399400003<br>Page 1 of 1 |

**CHINA SPIRIT (IMO No. 9655846) delivered at Fujairah - FU 30-03-2024**

# TAX INVOICE

| Description | Quantity | Unit | Unit Price USD | Total USD |
|---|---|---|---|---|
| VLSFO - max 0.50%<br>ISO 8217:2010(E) RMG 380 | 594,988 | MTS | 687,00 | 408.756,76 |
| Total Excl. VAT/GST | | | USD | 408.756,76 |
| VAT/GST Amount 0% | | | USD | 0,00 |
| **Total Incl. VAT/GST** | | | **USD** | **408.756,76** |

**Value on our account on 14-05-2024 at the latest.**
Please transfer all payments to:

**Jyske Bank A/S - USD**
Mageløs 8,
5100 Odense C
Denmark

Correspondent Bank Details:
Bank of America, SWIFT Code BOFAUS3NXXX

| | |
|---|---|
| Beneficiary: | A/S Dan-Bunkering Ltd. |
| Account No.: | ████████8487 |
| IBAN: | ████████8487 |
| S.W.I.F.T.: | ████DKKK |
| Reference: | Invoice No. DK300929 |

Please mention ONLY our invoice number on your payment instructions. For payment later than 14-05-2024, an interest of 2% per month will be charged.
Payment to be made in full without any deductions or discount on or before due date via telegraphic transfer. Payment made to any other party or bank account shall not fulfill or discharge any payment obligation herein.

A/S Dan-Bunkering Ltd.   P +45 33455410   monaco@dan-bunkering.com
Fynsvej 9,  DK-5500 Middelfart, Denmark   F +45 33455411   Co. Reg. No.: 67226917
VAT/GST No.:DK-67226917

02011-1169

# Al Arabia Bunkering

Galaxy Building, Office No. 4, Inside Fujairah Port, Fujairah – U.A.E
Tel: +971 9 2222998, Fax: +971 9 2222980
E-mail: bunkering@abcfuels.ae   VAT Reg. No. 100271420000003

Date: 30/03/2024

## BUNKERS DELIVERY RECEIPT   NO. 3072

Buyer / Receiving Vessel (MV / MT): CHINA SPIRIT            IMO No. 9655846

and / or Agents/Charterers/Operators/Owners.

Address: A/C CHINA SPIRIT S OR OWNERS / CHARTERERS / MANAGERS / OPERATORS / AGENTS AND/OR DAN BUNKERING

L.P.O./Tlx.No. ................ Dated ................
Supplied at: FUJAIRAH "B" ANCH
Ex/-: M/T ABC TRADER
On (Date): 30/03/2024

QUANTITY

| GRADE | | | CUBIC METERS | METRIC TONS |
|---|---|---|---|---|
| Marine Fuel Oil | 380 CST | VLSFO ☑  HSFO ☐ | | 594.988 |
| Marine Gas Oil / LSMGO ☐ | | | | |

Quantity in Words: FIVE HUNDRED NINTY FOUR POINT NINE EIGHT EIGHT M-TONS ONLY

Marpol samples seal Nos : Receiving Vessel : 002106       Barge : 002107

Commercial samples 1. Rec. Vessel : 002108   2. Barge : 002109   3. Retained : 002110

MARINE FUEL OIL / ~~MARINE GAS OIL~~
Ordered Viscosity : 380  Kinematic Centistokes (CST) AT 50 °C
Delivered Viscosity : 380  Kinematic Centistokes (CST) AT 50 °C
Delivered Temperature : 35.5 °C     Water %Vol : 0.15%
Density at 15 °C : 0.9258     Flash Point : 103 °C
                              Sulphur %WT : 0.486%

SAMPLES GIVEN TO CUSTOMER  ☑ YES

BARGE ULLAGE WITNESSED BY SHIP'S REPRESENTATIVE
☑ BEFORE   ☑ AFTER   ☐ DECLINED

### Supplier's Confirmation/Declaration

We hereby confirm that the product supplied is in conformity with regulation 18 (1) IMO ANNEX VI of MARPOL 73/78 and that the Sulphur content of the fuel oil supplied does not exceed:
☑ The limit value given by regulation 14.1 of the above ANNEX
☐ That the limit value given by regulation 14.4 of the above ANNEX; or
☐ The purchaser's specified limit value of _____ (% m/m), as completed by the fuel oil supplier's representative and on the basis of the purchaser's notification that the fuel oil is intended to be used:
1. In combination with an equivalent means of compliance in accordance with regulations 4 of ANNEX VI; or
2. Is subject to a relevant exemption for a ship to conduct trials for Sulphur oxides emission reduction and control technology research in accordance with the regulation 3.2 of ANNEX VI.

### Master's / Chief Engineer's acknowledgement

Chief Engineer/Receiving Vessel's Representative invited to witness dips, temperatures and sampling:
Accepted ☑   Declined ☐
-Failure by customer's representative to witness barge sounding/dips may adversely affect the customers' ability to substantiate quantity differential claims

We acknowledge receipt of the above product in accordance with buyers' requirements and confirm that corresponding samples for the product were jointly taken by continuous drip, sealed and numbered in our presence as follows:

Receiving vessels : 002108        Bunker Barge : 002109
MARPOL ANNEX VI : 002106          Retained : 002110

Received in use as Bunker
ZHAO WEN
Master / Chief Engineer
M.V. CHINA SPIRIT

轮机长
C/E of M.V. CHINA SPIRIT
STAMP Received

M/T ABC TRADER
STAMP Supplier

Supplied
..................
Supplier Representative

All business is conducted in accordance with the Al Arabia Bunkering General Terms & Conditions ("GTC's") including the arbitration clause in those GTC's, which are incorporated in and apply to the Agreement to which this document relates. A copy of the GTC is available on our website: www.alarabiabunkeringcompany.com. Any failure by the Buyer to request a copy of the GTC's shall amount to confirmation that the Buyer is aware of and accepts the GTC's. The sale of the Bunkers to the Buyer and the Buyer's acceptance of the Bunkers shall afford the Seller a maritime lien over the Vessel for the price of the Bunkers and all interest and costs payable in respect of the supply of the Bunkers, including but not limited to all reasonable legal fees. Any non-lien stamps or similar remarks in any form or wording on the Bunkers Delivery Receipt shall be invalid and shall not impair the Seller's right to a maritime lien.

White copy to office
Blue copy to customer along with invoice